1 | Peter J. Van Zandt (State Bar No. 152321)
2 | H. Paul Efstratis (State Bar No. 242373)
  | LECLAIRRYAN, LLP
3 | 44 Montgomery Street, 18th Floor
  | San Francisco, CA  94104
4 | Telephone:  (415) 391-7811
  | Telefax:  (415) 391-8766
5 | 
  | Attorney for Defendant
6 | AMERICAN BACKGROUND INFORMATION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO/OAKLAND DIVISION

| JOSE LEOPOLDO RUBIO-DELGADO, | Case No.: 3:14-cv-01660-JCS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION EXTENDING TIME TO ANSWER COMPLAINT** |
| AMERICAN BACKGROUND INFORMATION SERVICES, INC.; and DOES 1 through 10, inclusive, | Complaint Filed: December 20, 2013 |
| | Alameda Superior Court Case Number: HG13707614 |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), Plaintiff JOSE LEOPOLDO RUBIO-DELGADO and Defendant AMERICAN BACKGROUND INFORMATION SERVICES, INC. have stipulated and agreed that Defendant AMERICAN BACKGROUND INFORMATION SERVICES, INC.'s time to respond to the Complaint in this action is extended from April 17, 2014 to May 1, 2014.

The parties represent that the extension of time will not alter any of the dates set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

//

//

//

1

| | |
|---|---|
| DATED: April 15, 2014 | LECLAIRRYAN, LLP |
| | By: /s/ H. Paul Efstratis |
| | Peter J. Van Zandt |
| | H. Paul Efstratis |
| | Attorney for Defendant |
| | AMERICAN BACKGROUND INFORMATION SERVICES, INC. |
| DATED: April 15, 2014 | LAW OFFICE OF DEVIN H. FOK |
| | By: /s/ Devon H. Fok |
| | Devon H. Fok |
| | LAW OFFICE OF DEVIN H. FOK |
| | Attorney for Plaintiff |
| | JOSE LEOPOLDO RUBIO-DELGADO |

Dated: 4/21/14

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

AMERICAN BACKGROUND INORMATION SERVICES INC.'S CERTIFICATE OF INTERESTED PARTIES