UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEOPOLDO RUBIO-DELGADO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BACKGROUND INFORMATION SERVICES, INC.,<br><br>Defendant. | Case No.  14-cv-01660-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by the parties that they resolved this case. (Docket No. 28). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 45 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 45 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: November 7, 2014

_____
VINCE CHHABRIA
United States District Judge